# United States Court of Appeals

## For the First Circuit

No. 06-2507

GREGORY DRAKE,

Petitioner, Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent, Appellee.

**ERRATA**

The opinion of this court issued on December 20, 2007, is amended as follows:

On page 7, line 20, replace the phrase "prior the call." with the phrase "prior to the call."